Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 24, 2026

**Via ECF**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The instant consented-to request is granted. The status conference set for August 26, 2026 at 10:00 a.m. is adjourned to September 25, 2026 at 11:30 a.m. Time is excluded from August 26, 2026 until September 25, 2026 under 18 U.S.C. § 3161(h)(7)(A) to allow the parties the opportunity to continue discussions about a potential pretrial resolution of this case. The ends of justice served by the exclusion outweigh the best interests of the public and Defendant in a speedy trial. The Clerk of Court is respectfully directed to close Docket Number 16.

SO ORDERED.
Date: August 24, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

**Re.** **United States v. Patrick Fairley**
**26 Cr. 212 (JPC)**

Dear Judge Cronan:

I write with the consent of the Government to respectfully request an approximately 30-day adjournment of the August 26, 2026 status conference in the above-captioned matter.

Since the parties' last appearance before the Court, the Government has produced Rule 16 disclosure material to the defense and the parties have engaged in substantive discussions regarding a potential pretrial resolution. To permit the parties additional time to pursue these discussions and perhaps obviate any pretrial motion practice, I respectfully request an approximately 30-day adjournment of the August 26, 2026 conference.

If the Court grants the above adjournment request, the Government seeks the exclusion of time under the Speedy Trial Act until the rescheduled conference date. The defense does not object to this request.

I thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: Counsel of record