UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

PATRICK FAIRLEY,

Defendant.

26 Cr. 212 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

Defendant Patrick Fairley's change of plea hearing is scheduled for September 25, 2026, at 11:30 a.m. By September 24, 2026, the parties shall advise the Court, by joint letter or individual letters, of their views regarding whether Defendant's remand will be mandatory in the event that he enters a guilty plea. *See* 18 U.S.C. § 3143(a)(2). The Court further respectfully reminds defense counsel that it expects counsel to prepare Defendant for the possibility of detention commencing at the end of the plea proceeding, in accordance with 6.B of the Court's Individual Rules and Practices in Criminal Cases.

SO ORDERED.

Dated: September 21, 2026
New York, New York

JOHN P. CRONAN
United States District Judge